FILED
May 4, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DARRIAN A. LITTLE, ) <br> ) <br> Defendant. ) | Case No. 2:16-mj-00090-CKD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, DARRIAN A. LITTLE, Case No. 2:16-mj-00090-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $50,000.00.

    _X_    Co-Signed Unsecured Appearance Bond

    \_\_\_    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    \_\_\_    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  5/4/2016  at  2:20 p.m.

By _[signature]_
Edmund F. Brennan
United States Magistrate Judge